AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GAYLIA PICKLES, et al.<br>Plaintiff (s),<br>V.<br>KATE SPADE AND COMPANY<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 15-cv-05329-DMR |

Notice is hereby given that, subject to approval by the court, **Plaintiff Gaylia Pickles** substitutes
(Party (s) Name)

**Ari Y. Basser**, State Bar No. **272618** as counsel of record in
(Name of New Attorney)

place of **Nathan E. Smith (SBN 279124)**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: MARKUN ZUSMAN FRENIERE & COMPTON LLP
Address: 17383 Sunset Boulevard, Suite A-380 Pacific Palisades, California 90272
Telephone: (310) 454-5900   Facsimile (310) 454-5970
E-Mail (Optional): abasser@mzclaw.com

I consent to the above substitution.
Date: 12/1/2015
*(Signature of Party (s))* Gaylia Pickles

I consent to being substituted.
Date: 12/1/2015
*(Signature of Former Attorney (s))* Nathan E. Smith

I consent to the above substitution.
Date: 12/1/2015
*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/2/2015

IT IS SO ORDERED
Donna M. Ryu
U.S. Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]