| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>P. CRAIG CARDON, Cal. Bar No. 168646<br>DYLAN J. PRICE, Cal. Bar No. 258896<br>JAY T. RAMSEY, Cal. Bar No. 273160<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6055<br>Telephone: 310.228.3700<br>Facsimile: 310.228.3701<br>ccardon@sheppardmullin.com<br>dprice@sheppardmullin.com<br>jramsey@sheppardmullin.com |
| 8 | *Attorneys for Defendant*<br>KATE SPADE AND COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MARKS, GAYLIA PICKLES & DONNA VANDIVER individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>            *v.*<br><br>KATE SPADE AND COMPANY, a Delaware corporation, and DOES 1-50, inclusive,<br><br>            Defendant. | Case No. 3:15-CV-05329-VC<br><br>**NOTICE OF APPEARANCE OF ATTORNEY P. CRAIG CARDON** |

| | |
|---|---|
| 1 | TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF AND |
| 2 | THEIR COUNSEL OF RECORD: |
| 3 | PLEASE TAKE NOTICE that the following attorney hereby states their |
| 4 | appearance as counsel for Defendant Kate Spade and Company: |

P. CRAIG CARDON, Cal. Bar No. 168646
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email: jramsey@sheppardmullin.com

Dated: February 2, 2016     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By     */s/ P. Craig Cardon*

P. CRAIG CARDON

Attorneys for Defendant
KATE SPADE AND COMPANY