# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Pickles,<br><br>         Plaintiff(s),<br><br>    v.<br><br>Kate Spade and Company,<br><br>         Defendant(s). | 15-05329 VC ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

>N. Kathleen Strickland
>Ropers, Majeski, Kohn & Bentley
>201 Spear Street, Suite 1000
>San Francisco, CA 94105
>415-972-6328
>kstrickland@rmkb.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
15-05329 VC

-1-

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: February 26, 2016

SUSAN Y. SOONG
Clerk
by:   Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
15-05329 VC

-2-