UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLIA PICKLES, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>KATE SPADE AND COMPANY,<br><br>       Defendant. | Case No.  15-cv-05329-VC<br><br>**ORDER GRANTING LEAVE TO AMEND** |

In light of the discussion at the hearing on the defendant's motion to dismiss, the plaintiffs' request for leave to amend their complaint is granted.  The plaintiffs' second amended complaint is due on or before May 26, 2016.

**IT IS SO ORDERED.**

Dated: May 5, 2016

_____
VINCE CHHABRIA
United States District Judge