SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
DYLAN J. PRICE, Cal. Bar No. 258896
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email: ccardon@sheppardmullin.com
       dprice@sheppardmullin.com
       jramsey@sheppardmullin.com

Attorneys for Defendant
KATE SPADE & COMPANY

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MARKS, GAYLIA PICKLES & DONNA VANDIVER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KATE SPADE AND COMPANY, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 3:15-CV-05329-VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | Pursuant to Local Rules 6-2 and 7-12 and the Honorable Vince Chhabria's |
| 2 | Civil Standing Order, defendant Kate Spade & Company ("Kate Spade") and |
| 3 | plaintiffs Laura Marks, Gaylia Pickles and Donna Vandiver (collectively, |
| 4 | "Plaintiffs" and with Kate Spade, the "Parties"), by and through their counsel, |
| 5 | hereby stipulate as follows: |
| 6 | WHEREAS, there is a further case management conference currently |
| 7 | scheduled for May 17, 2016; |
| 8 | WHEREAS, on May 5, 2016, the Court held the hearing on Kate Spade's |
| 9 | Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Rule 12(b)(6) |
| 10 | ("Motion to Dismiss"); |
| 11 | WHEREAS, leave to amend having been requested by Plaintiffs and granted |
| 12 | by the Court at the hearing on Kate Spade's Motion to Dismiss, Plaintiffs' Second |
| 13 | Amended Complaint ("SAC") is due on or before May 26, 2016; |
| 14 | WHEREAS, as a result of the Court's May 5, 2016 Order granting Plaintiffs |
| 15 | leave to amend, there will be no operative complaint pending at the time of the |
| 16 | currently scheduled May 17, 2016 further case management conference; |
| 17 | WHEREAS, Kate Spade's response to Plaintiffs' SAC will be due on or |
| 18 | before June 16, 2016; |
| 19 | WHEREAS, pursuant to Local Rule 7-2(a), the hearing on any motion filed |
| 20 | by Kate Spade in response to Plaintiff's SAC will occur thirty-five days after the |
| 21 | filing thereof (*i.e.*, on or before July 21, 2016). |
| 22 | WHEREAS, counsel for the Parties have met and conferred and agreed to |
| 23 | continue the further case management conference until a date after any hearing on |
| 24 | Kate Spade's response to the SAC would occur (*i.e.*, after July 21, 2016) that is |
| 25 | convenient to the Court. |
| 26 | // |
| 27 | // |
| 28 | // |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED that the Court continue the May 17, 2016 further case management conference to a date after July 21, 2016 that is convenient to the Court.

Dated: May 6, 2016　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

　　　　　　　　　　　　By　　　　　*/s/ P. Craig Cardon*
　　　　　　　　　　　　　　　　P. CRAIG CARDON
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　KATE SPADE AND COMPANY

Dated: May 6, 2016

　　　　　　　　　　　　MARKUN ZUSMAN FRENIERE & COMPTON

　　　　　　　　　　　　By　　　　　*/s/ Mark A. Ozzello*
　　　　　　　　　　　　　　　　MARK A. OZZELLO
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　LAURA MARKS AND GAYLIA PICKLES

Dated: May 6, 2016

　　　　　　　　　　　　WILLIAMSON LAW FIRM, P.C.

　　　　　　　　　　　　By　　　　　*/s/ Che' Williamson*
　　　　　　　　　　　　　　　　CHE' WILLIAMSON
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　DONNA VANDIVER

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May __, 2016

　　　　　　　　　　　　　　　　The Honorable Vince Chhabria
　　　　　　　　　　　　　　　　United States District Court Judge

## CERTIFICATION

I, Dylan J. Price, am the ECF User whose identification and password are being used to file this Joint Stipulation to Continue Hearing Date. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark Ozzello and Che' Williamson have concurred in this filing.

Dated: May 6, 2016   SHEPPARD MULLIN RICHTER & HAMPTON LLP

By   */s/ Dylan J. Price*
Dylan J. Price
Attorneys for Defendant