SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
DYLAN J. PRICE, Cal. Bar No. 258896
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701
Email:    ccardon@sheppardmullin.com
          dprice@sheppardmullin.com
          jramsey@sheppardmullin.com

Attorneys for Defendant
KATE SPADE & COMPANY

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| LAURA MARKS, GAYLIA PICKLES & DONNA VANDIVER, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>KATE SPADE AND COMPANY, a Delaware corporation; and DOES 1-50, inclusive,<br><br>   Defendant. | Case No. 3:15-CV-05329-VC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DYLAN J. PRICE IN SUPPORT OF STIPULATION CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
|---|---|

<u>DECLARATION OF DYLAN J. PRICE</u>

I, Dylan J. Price, declare as follows:

1.  I am an attorney duly admitted to practice before this Court. I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant Kate Spade & Company ("Kate Spade"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2.  This declaration is submitted in support of the parties' Stipulation and [Proposed] Order Continuing Further Case Management Conference.

3.  The further case management conference is currently scheduled for May 17, 2016.

4.  On May 5, 2016, the Court held the hearing on Kate Spade's Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Rule 12(b)(6) ("Motion to Dismiss").

5.  Leave to amend having been requested by Plaintiffs and granted by the Court at the hearing on Kate Spade's Motion to Dismiss, Plaintiffs' Second Amended Complaint ("SAC") is due on or before May 26, 2016

6.  As a result of the Court's May 5, 2016 Order granting Plaintiffs leave to amend, there will be no operative complaint pending at the time of the currently scheduled May 17, 2016 further case management conference

7.  Kate Spade's response to Plaintiffs' SAC will be due on or before June 16, 2016. Pursuant to Local Rule 7-2(a), the hearing on any motion filed by Kate Spade in response to Plaintiff's SAC will occur thirty-five days after the filing thereof (*i.e.*, on or before July 21, 2016).

8.  Counsel for the Parties have met and conferred and agreed to continue the further case management conference until a date after any hearing on Kate Spade's response to the SAC would occur (*i.e.*, after July 21, 2016) that is convenient to the Court.

9. The parties previously stipulated to continue the further case management conference to take place after the continued hearing on Kate Spade's Motion to Dismiss. (*See* ECF Dkt. No. 34.)

10. The Court has not issued a scheduling order in this matter. Thus, aside from the further case management conference on May 17, 2016 – which the parties stipulate and respectfully request that the Court continue to a date after July 21, 2016 – a continuance of the further case management conference will not negatively impact any other dates or deadlines in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 6, 2016, at Los Angeles, California.

*/s/ Dylan J. Price*
Dylan J. Price