SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
DYLAN J. PRICE, Cal. Bar No. 258896
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email: ccardon@sheppardmullin.com
       dprice@sheppardmullin.com
       jramsey@sheppardmullin.com

Attorneys for Defendant
KATE SPADE & COMPANY

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MARKS, GAYLIA PICKLES & DONNA VANDIVER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KATE SPADE AND COMPANY, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 3:15-CV-05329-VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 2, 2016 FURTHER CASE MANAGEMENT CONFERENCE TO AUGUST 16, 2016** |

| | |
|---|---|
| 1 | Pursuant to Local Rules 6-2 and 7-12 and the Honorable Vince Chhabria's Civil Standing Order, defendant Kate Spade & Company ("Kate Spade") and plaintiffs Laura Marks, Gaylia Pickles and Donna Vandiver (collectively, "Plaintiffs" and with Kate Spade, the "Parties"), by and through their counsel, hereby stipulate as follows: |

Pursuant to Local Rules 6-2 and 7-12 and the Honorable Vince Chhabria's Civil Standing Order, defendant Kate Spade & Company ("Kate Spade") and plaintiffs Laura Marks, Gaylia Pickles and Donna Vandiver (collectively, "Plaintiffs" and with Kate Spade, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, there is a further case management conference currently scheduled for August 2, 2016 (*see* ECF Dkt. No. 40);

WHEREAS, lead counsel for Kate Spade has advised Plaintiffs' counsel that he a scheduling conflict that requires him to travel to the East Coast on the afternoon of August 2, 2016 (*see* Cardon Declaration ¶ 4);

WHEREAS, counsel for the Parties have met and conferred and have agreed to continue the further case management conference until August 16, 2016, or a later date that is convenient to the Court (*see* Cardon Declaration ¶ 5);

WHEREAS, the Parties are currently preparing their updated joint case management statement, which they will file on July 28, 2016, the current deadline established by the Court pursuant to notice given on July 25, 2016 (*see* ECF Dkt. No. 53);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED that the Court continue the August 2, 2016 further case management conference to August 16, 2016 or a later date that is convenient to the Court.

Dated: July 27, 2016      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ P. Craig Cardon*
P. CRAIG CARDON
Attorneys for Defendant
KATE SPADE AND COMPANY

1 | Dated: July 27, 2016

MARKUN ZUSMAN FRENIERE & COMPTON

By     */s/ Mark A. Ozzello*
MARK A. OZZELLO
Attorneys for Plaintiffs
LAURA MARKS AND GAYLIA PICKLES

6 | Dated: July 27, 2016

WILLIAMSON LAW FIRM, P.C.

By     */s/ Che' Williamson*
CHE' WILLIAMSON
Attorneys for Plaintiff
DONNA VANDIVER

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 28, 2016

_____
The Honorable Vince Chhabria
United States District Court Judge