1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   P. CRAIG CARDON, Cal. Bar No. 168646
3  DYLAN J. PRICE, Cal. Bar No. 258896
   JAY T. RAMSEY, Cal. Bar No. 273160
4  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6055
5  Telephone:  310.228.3700
   Facsimile:  310.228.3701
6  Email:       ccardon@sheppardmullin.com
                dprice@sheppardmullin.com
7               jramsey@sheppardmullin.com

8  Attorneys for Defendant
   KATE SPADE & COMPANY

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MARKS, GAYLIA PICKLES & DONNA VANDIVER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KATE SPADE AND COMPANY, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 3:15-CV-05329-VC<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT KATE SPADE & COMPANY TO FILE RESPONSE TO SECOND AMENDED COMPLAINT PURSUANT TO N.D. LOCAL RULE 6-1(a)** |

| | |
|---|---|
| 1 | Pursuant to Northern District Local Rule 6-1(a), defendant Kate Spade & Company ("Kate Spade") and plaintiffs Laura Marks, Gaylia Pickles and Donna Vandiver (collectively, "Plaintiffs" and with Kate Spade, the "Parties"), by and through their counsel, hereby stipulate as follows: |

Pursuant to Northern District Local Rule 6-1(a), defendant Kate Spade & Company ("Kate Spade") and plaintiffs Laura Marks, Gaylia Pickles and Donna Vandiver (collectively, "Plaintiffs" and with Kate Spade, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on May 26, 2016, Plaintiffs filed a Second Amended Complaint ("SAC");

WHEREAS, on June 9, 2016, Kate Spade filed a motion to dismiss Plaintiffs' SAC pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss");

WHEREAS, on July 26, 2016, the Court issued an order denying Kate Spade's Motion to Dismiss (the "Order");

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4), the deadline for Kate Spade's responsive pleading to the SAC is fourteen (14) days after the Court's Order (*i.e.*, August 9, 2016);

WHEREAS, pursuant to Local Rule 6-1(a), the parties have stipulated that Kate Spade shall have an extension until August 19, 2016 to file its responsive pleading to the SAC;

NOW, THEREFORE, IT IS HEREBY STIPULATED that Kate Spade shall have until August 19, 2016 to file its responsive pleading to Plaintiffs' SAC.

Dated: August 8, 2016     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ P. Craig Cardon*
P. CRAIG CARDON
Attorneys for Defendant
KATE SPADE & COMPANY

| | | |
|---|---|---|
| 1 | Dated: August 8, 2016 | MARKUN ZUSMAN FRENIERE & COMPTON |
| 2 | | By      */s/ Mark Ozzello* |
| 3 | | MARK OZZELLO |
| | | Attorneys for Plaintiffs |
| 4 | | LAURA MARKS AND GAYLIA PICKLES |
| 5 | | |
| 6 | Dated: August 8, 2016 | WILLIAMSON LAW FIRM, P.C. |
| 7 | | By      */s/ Che' D. Williamson* |
| 8 | | CHE' D. WILLIAMSON |
| | | Attorneys for Plaintiff |
| 9 | | DONNA VANDIVER |

# CERTIFICATION

I, Dylan J. Price, am the ECF User whose identification and password are being used to file this Joint Stipulation to Continue Hearing Date. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark Ozzello and Che' D. Williamson have concurred in this filing.

Dated: August 8, 2016

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  */s/ Dylan J. Price*
Dylan J. Price
Attorneys for Defendant