# UNITED STATES DISTRICT COURT
## Northern District of California

Pickles,

    Plaintiff(s),

v.

Kate Spade and Company,

    Defendant(s).

No. C 15-05329 VC ENE

**Certification of ADR Session**

***Instructions:*** *The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) _September 14, 2016_

2. Did the case settle?

    ☐ Yes, fully.

    ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

    ☐ Yes, partially, and further facilitated discussions are *not* expected.

    ☒ No, and further facilitated discussions are expected. (see no. 3, below)

    ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? _After MSJ & certification issues are resolved._

4. IS THIS ADR PROCESS COMPLETE?   ☐ YES   ☒ NO

Dated: _9/16/2016_         _N. Kathleen Strickland_
                                         Evaluator, N. Kathleen Strickland
                                         Ropers, Majeski, Kohn & Bentley
                                         201 Spear Street, Suite 1000
                                         San Francisco, CA 94105