UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLIA PICKLES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KATE SPADE AND COMPANY,<br><br>    Defendant. | Case No. 15-cv-05329-VC<br><br>**ORDER VACATING CLASS CERTIFICATION DEADLINES AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 76 |

The deadline for filing a motion for class certification is vacated. The plaintiffs are ordered to show cause why: (i) the case should not be dismissed for failure to prosecute; and/or (ii) counsel for the plaintiffs should not be sanctioned for filing a class action lawsuit and then ignoring it. A hearing on the order to show cause will take place Tuesday, May 2, 2017 at 1:30 pm.

**IT IS SO ORDERED.**

Dated: April 27, 2017

VINCE CHHABRIA
United States District Judge