UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLIA PICKLES, et al.,<br>        Plaintiffs,<br>    v.<br>KATE SPADE AND COMPANY,<br>        Defendant. | Case No. 15-cv-05329-VC<br><br>**ORDER SANCTIONING PLAINTIFFS' COUNSEL**<br>Re: Dkt. No. 80 |

For the reasons stated at the hearing, the Court finds the counsel for the plaintiffs have failed to prosecute this case diligently. As a sanction, the Court orders plaintiffs' counsel to pay: (1) defense counsels' fees and costs incurred in opposing the plaintiffs' ex parte motion, including the time and expense incurred in traveling to and attending the Order to Show Cause hearing; and (2) $500 to the Court. Payment must be completed by Friday, May 12, 2017.

**IT IS SO ORDERED.**

Dated: May 2, 2017

_____
VINCE CHHABRIA
United States District Judge