Paul R. Kiesel, State Bar No. 119854
  *kiesel@kiesel.law*
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:    310-854-4444
Fax:   310-854-0812

Attorneys for Plaintiffs Laura Marks,
Gaylia Pickles, Donna Vandiver
and the putative California and Texas Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MARKS, GAYLIA PICKLES & DONNA VANDIVER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KATE SPADE AND COMPANY, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:15-CV-05329-VC<br><br>Hon. Vince Chhabria<br>Crtrm.:  4 – 17th Floor<br><br>**NOTICE OF APPEARANCE OF PAUL R. KIESEL AND JEFFREY A. KONCIUS FOR PLAINTIFFS**<br><br>Complaint Filed: November 29, 2015<br>Trial Date:        None Set |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Paul R. Kiesel and Jeffrey A. Koncius of Kiesel Law LLP as counsel of record for and on behalf of Plaintiffs in the above-referenced action. Copies of all briefs, orders, correspondence and other papers should be electronically served on the undersigned at:

> Paul R. Kiesel (SBN 119854)
> KIESEL LAW LLP
> 8648 Wilshire Boulevard
> Beverly Hills, California 90211-2910
> Tel:  310-854-4444
> Fax:  310-854-0812
> *kiesel@kiesel.law*

> Jeffrey A. Koncius (SBN 189803)
> KIESEL LAW LLP
> 8648 Wilshire Boulevard
> Beverly Hills, California 90211-2910
> Tel:  310-854-4444
> Fax:  310-854-0812
> *koncius@kiesel.law*

Paul R. Kiesel and Jeffrey A. Koncius are licensed to practice in the State of California, are members in good standing of the California State Bar and are admitted to practice before the United States District Court for the Northern District of California.

DATED: May 11, 2017                    Respectfully submitted,

**KIESEL LAW LLP**


By:    */s/ Jeffrey A. Koncius*
      Paul R. Kiesel
      Jeffrey A. Koncius
      Attorneys for Plaintiffs Laura Marks,
      Gaylia Pickles, Donna Vandiver
      and the putative California and Texas Class

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 8648 Wilshire Boulevard, Beverly Hills, CA 90211-2910.

On May 11, 2017, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE OF PAUL R. KIESEL AND JEFFREY A. KONCIUS FOR PLAINTIFFS** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 11, 2017, at Beverly Hills, California.

_Cindy Osborne_
Cindy Osborne